IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Nancy Bouchari    Case No. 20-06299    Chapter 13

All Cases: Moving Creditor Central Credit Union of Illinois    Date Case Filed March 5, 2020

Chapter 13:    Date of Confirmation Hearing _____ or Date Plan Confirmed August 14, 2020

Nature of Relief Sought:  XX  Lift Stay

Chapter 7:    No-Asset Report Filed on
              No Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. Home _____
   b. Car   XX    Year and Model: I - 2014 Toyota Camry, VIN #4T1BF1FK3EU312492
   c. Other (describe) _____ II - 2016 Honda Odyssey, VIN #5FNRL5H69GB105510

2. Balance Owed as of Petition Date I- $4,540.71, II - $21,824.66 (plus accrued LCs, fees & costs)
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition. See attached

4. Estimated Value of Collateral (required in all cases) I - $8,675, II - $22,775 (per 9/21 NADA)

5. Default
   a. Pre-Petition Default
      No. of months 5    Amount I - $1,651.84, plus accrued LCs, fees & costs
                                II - $2,787.92, plus accrued LCs, fees & costs
   b. Post-Petition Default
      i. On direct payments to the moving creditor
         No. of months 5    Amount I - $1,668.20, plus accrued LCs, fees & costs
                                   II - $2,562.80, plus accrued LCs, fees & costs
      ii. On payments to the Standing Chapter 13 Trustee
         No. of months _____    Amount $

6. Other Allegations
   a. Lack of Adequate Protection § 362(d)(1)
      i.   No insurance   XX
      ii.  Taxes unpaid _____    Amount $_____
      iii. Rapidly depreciating Asset   XX
      iv.  Other (describe) _____

   b. No equity and not Necessary for an Effective Reorganization § 362(d)(2)  XX

   c. Other "Cause" § 362(d)(1) _____
      i.   Bad Faith _____
      ii.  Multiple filings _____
      iii. Other (describe) _____
      Debtor's Statement of Intention regarding the Collateral
      i.   Reaffirm _____        ii. Redeem _____
      iii. Surrender _____       iv. No Statement of Intention Filed _____

Dated: September 30, 2021              /s/ Darren L. Besic
                                       Darren L. Besic, Counsel for Movant