

**CENTRAL CREDIT UNION OF ILLINOIS**
1001 Mannheim Road
Bellwood, Illinois 60104-2391
Phone: 708-649-6420 FAX: 708-649-6429
Website: www.centralcu.org



## LOAN AND SECURITY AGREEMENTS AND DISCLOSURE STATEMENT

| LOAN DATE | LOAN NUMBER | ACCOUNT NUMBER | GROUP POLICY NUMBER | MATURITY DATE |
|---|---|---|---|---|
| 05/31/2016 | | | | 09/30/2021 |

### BORROWER 1
**NAME AND ADDRESS**
BOUCHARI/NANCY

12633 W YORKSHIRE DR
HOMER GLEN, IL 60491-6800

### BORROWER 2
**NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)**

### TRUTH IN LENDING DISCLOSURE – "e" means an estimate

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit is $ which includes your downpayment of $ |
| 5.6900 % | $2,972.54 | $18,046.57 | $21,019.11 | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are |
|---|---|---|
| 62 | $ 333.64 | MONTHLY BEG. 07/31/2016 |
| 1 | $ 333.43 | 09/30/2021 |

**Prepayment:** If you pay off early you will not have to pay a penalty.

**Required Deposit:** The Annual Percentage Rate does not take into account your required deposit, if any.

☐ **Assumption:** Someone buying your mobile home cannot assume the remainder of the loan on the original terms.

**Demand:** ☐ This obligation has a demand feature.
☐ All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the credit union. If you get the insurance from us, you will pay $

**Late Charge:** If your payment is more than 10 days late we may charge you $25.00.

| Filing Fees | Non-Filing Insurance |
|---|---|
| $95.00 | $ |

**Security:** Collateral securing other loans with the credit union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the credit union; and the property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| TOYOTA | CAMRY | 2014 | 4T1BF1FK3EU312492 | | $ 16,650.00 | |

Other (Describe)
Pledge of Shares $ _____ in Account No. _____ $ _____ in Account No. _____

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

### SIGNATURES

By signing as Borrower, you agree to the terms of the Loan Agreement. If property is described in the "Security" section of the Truth in Lending Disclosure, you also agree to the terms of the Security Agreement. If you sign as "Owner of Property" you agree only to the terms of the Security Agreement. NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.

X _[signature]_ 3/31/16 (SEAL)    X _____ (SEAL)
BORROWER 1                 DATE       BORROWER 2        DATE

X _____ (SEAL)                   X _____ (SEAL)
☐ OTHER BORROWER ☐ OWNER OF PROPERTY ☐ WITNESS  DATE    ☐ OTHER BORROWER ☐ OWNER OF PROPERTY ☐ WITNESS  DATE



PLAINTIFF'S EXHIBIT A

Credit Union CENTRAL CREDIT UNION OF ILLINOIS    Loan No.    Acct. No.
Borrower(s) BOUCHARI/NANCY

## ITEMIZATION OF THE AMOUNT FINANCED

| Itemization of Amount Financed of $18,046.57 | Amount Given to You Directly $ | Amount Paid on Your Account $ | Prepaid Finance $ |
|---|---|---|---|
| Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) we will be retaining a portion of the amount.) | | | |
| $ 17,702.57 To PRESTIGE FINANCIAL | | $ 95.00 To SEC OF STATE | |
| $ 249.00 To CUNA MUTUAL- GAP | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you," or "your" mean each person who signs this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay $ 18,046.57    to the Credit Union plus interest on the unpaid balance until what you owe has been repaid. For fixed rate loans the interest rate is  5.6900  % per year.

**Collection Costs:**
**Illinois:** You promise to pay, subject to applicable law, all costs of collecting what you owe under this Agreement and all costs of realizing on any security for the Plan, including court costs, collection agency fees and reasonable attorney fees. We may enter into a contingent or hourly fee arrangement with an attorney or collection agency and you agree that such an agreement is reasonable. This provision also applies to bankruptcy, appeals or postjudgment proceedings.

**For for all other states excpt those individually detailed on this page:**
You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs and reasonable attorney fees.
**Alabama:** After default and upon referral to an attorney, who is not an employee of the credit union, you agree to pay all costs of collecting the amount you owe under this Agreement including reasonable attorney fees not in excess of 15% of the unpaid debt, if the original amount financed is greater than $300.
**Arkansas:** You agree to pay all costs of collecting the amount you owe under this Agreement, including attorney fees not to exceed 10% of the amount of principal plus interest and all court costs.
**Colorado, Kansas:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs and reasonable attorney fees paid to an individual who is not an employee of the credit union. The attorney fees you pay will not exceed 15% of the unpaid debt after default.
**Connecticut:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not in excess of 15% of any judgment and all court costs.
**District of Columbia, Georgia:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not in excess of 15% of the unpaid debt and all court costs.
**Idaho:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs, and if the amount you borrowed was greater than $1,000, reasonable attorney fees.
**Kentucky:** You promise to pay all cost of collecting the amount you owe under this Agreement, including reasonable attorney fees to the extent permitted by state law.
**Maine:** For loans with an interest rate less than or equal to 12 1/4%: attorney fees - If the credit union hires an attorney to collect the amount you owe under this Agreement, you agree to pay reasonable attorney fees not to exceed 15% of the unpaid debt. **Maine:** For loans with an interest rate over 12 1/4%: no attorney fees.
**Michigan, Nebraska, North Dakota, Ohio, South Dakota:** You promise to pay all costs of collecting the amount you owe under this Agreement to the extent permitted by state law.
**New Hampshire:** You agree to pay all cost of collecting what you owe under this Agreement and reasonable attorney fees. If you win in any action, suit or proceeding brought by the credit union or in any action you bring against the credit union, you will be awarded reasonable attorney fees. If you successfully assert a partial defense or set-off, recoupment or counterclaim, the court may withhold from the credit union the entire amount or such portion of the attorney fees as the court considers equitable.
**New Jersey:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not exceeding 20% of the principal and interest due and all court costs.
**Oklahoma:** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees not in excess of 15% of the unpaid debt after default and referral to an attorney, not a salaried employee of the credit union, unless you borrowed $1,000 or less at an interest rate greater than 10% per year.
**Oregon:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs, reasonable attorney fees and the cost of any appeal by the credit union.
**South Carolina (State Chartered Credit Union):** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees not in excess of 15% of the unpaid debt after default unless you borrowed $1,000 or less at an interest rate greater than 18% per year.
**Wyoming:** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees unless you borrowed $1,000 or less at an interest rate greater than 10% per year.

Credit Union CENTRAL CREDIT UNION OF ILLINOIS    Loan No.    Acct. No

Borrower(s) BOUCHARI/NANCY

## SECURITY AGREEMENT

In this Agreement all references to "credit union," "we," "our" or "us" mean the credit union whose name appears on this document and anyone to whom the credit union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "you," or "your" mean any person who signs this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give us what is known as a security interest in the property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest you give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which you buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money you receive from selling the Property or from insurance you have on the Property. If the value of the Property declines, you promise to give us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. If the Property is not a dwelling, the security interest also secures any other loans including any credit card loan, you have now or receive in the future from us and any other amounts you owe us for any reason now or in the future, except any loan secured by your principal residence. If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or your principal residence, the Property will secure only this Loan and not other loans or amounts you owe us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that you own the Property or, if this Loan is to buy the Property, you promise you will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that you have not already told us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise you will allow no other security interest or lien to attach to the Property either by your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If your state issues a title for the Property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement to protect our security interest from the claims of others. You irrevocably authorize us to execute (on your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in form satisfactory to us. You promise to do whatever else we think is necessary to protect our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, you promise you will: (1) Use the Property carefully and keep it in good repair. (2) Obtain our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform us in writing before changing your address. (4) Allow us to inspect the Property. (5) Promptly notify us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle Property in another state without telling us.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so.

If you cancel your insurance and get a refund, we have a right to the refund. If the Property is lost or damaged, we can use the insurance settlement to repair the Property or apply it towards what you owe. You authorize us to endorse any draft or check which may be payable to you in order for us to collect any refund or benefits due under your insurance policy. If you do not pay the taxes or fees on the Property when due or keep it insured, we may pay these obligations, but we are not required to do so. Any money we spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and you will pay interest on those amounts at the same rate you agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor our loans for the purpose of determining whether you and other borrowers have complied with the insurance requirements of our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to us and (2) the cost of determining compliance with the insurance requirements. If we add amounts for taxes, fees or insurance to the unpaid balance of the Loan, we may increase your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If you do not purchase the required property insurance, the insurance we may purchase and charge you for will cover only our interest in the Property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.

**8. DEFAULT** - You will be in default if you break any promise you make or fail to perform any obligation you have under this Agreement. You will be in default if any property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the property or our security interest in it. You will also be in default under this Agreement if the Loan is in default.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When you are in default and after you have been given any time you have under state law to cure your default, we may require immediate payment of the outstanding balance of the Loan without giving you advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If we ask, you promise to deliver the Property at a time and place we choose. If the Property is a motor vehicle or boat, you agree that we may obtain a key or other device necessary to unlock and operate it, when you are in default. We will not be responsible for any other property not covered by this Agreement that you leave inside the Property or that is attached to the Property. We will try to return that property to you or make it available for you to claim.

After we have possession of the Property, we can sell it and apply the money to any amounts you owe us. We will give you notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If you have agreed to pay the Loan, you must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what you owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan, until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives. If we change the terms of the Loan, you agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

☐ *The following notice applies ONLY when the box at left is marked.*

**12. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

© CUNA MUTUAL GROUP, 1999, 2000, 01, 02, 06, ALL RIGHTS RESERVED

KRCN30 (NXRC23)-e

Credit Union CENTRAL CREDIT UNION OF ILLINOIS    Loan No.    Acct. No.
Borrower(s) BOUCHARI/NANCY

## LOAN AGREEMENT (continued)

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments exactly as scheduled, your final payment may be more or less than the amount of the final payment that is disclosed. If you elect credit insurance, we will either include the premium in your payments or extend the term of your loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments to the place we choose. If this loan refinances another loan we have with you, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner we choose.

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to you, interest on this loan begins on the date the loan proceeds are mailed to you.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans you have with us also secures this loan, unless the property is a dwelling. A dwelling secures this loan only if it is described in the "Security" section of the Truth in Lending Disclosure for this loan. In addition to your pledge of shares, we may also have what is known as a statutory lien on all individual and joint accounts you have with us. A statutory lien means we have the right under federal law and many state laws to claim an interest in your accounts. We can enforce a statutory lien against your shares and dividends, and if any, interest and deposits, in all individual and joint accounts you have with us to satisfy any outstanding financial obligation that is due and payable to us. We may exercise our right to enforce this lien without further notice to you, to the extent permitted by law.

*For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the credit union now and in the future. The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default. The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - *The following paragraph applies to borrowers in Colorado, D.C., Massachusetts, Missouri, Nebraska and West Virginia:* You will be in default under this Agreement if you do not make a payment of the amount required on or before the date it is due. You will be in default if you break any promise you made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other loan agreement you have with us.

*The following paragraph applies to borrowers in Kansas and Maine and to South Carolina borrowers of state chartered credit unions in South Carolina:* You will be in default if you do not make a payment of the amount required when it is due. You will also be in default if we believe your ability to pay or perform your obligations under this Agreement is significantly impaired. And, you will be in default if the value of any property given as security for this Agreement is significantly reduced.

**6. ACTIONS AFTER DEFAULT** - When you are in default and after expiration of any right you have under applicable state law to cure your default, we can require immediate payment of the entire unpaid balance under this Agreement and enforce any security interest you have given us. If we demand immediate payment, you will continue to pay interest at the rate provided for in this Agreement, until what you owe has been repaid. We will also apply against what you owe any shares and/or deposits given as security under this Agreement. We may also exercise any other rights given by law when you are in default.

**7. EACH PERSON RESPONSIBLE** - Each person who signs this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means we can enforce our rights against any one of you individually or against all of you together.

**8. LATE CHARGE** - If you are late in making a payment, you agree to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, you will not be charged one.

**9. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives.

**10. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**11. NOTICES** - Notices will be sent to you at the most recent address you have given us in writing. Notice to any one of you will be notice to all.

**12. USE OF ACCOUNT** - You promise to use your account for consumer (personal, family or household) purposes, unless the credit union gives you written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 4T1BF1FK3EU812493 | 2014 | TOYOTA | | 4-DOOR | 162 4624498 |

DATE ISSUED: 05/31/16
PURCHASED: 08/23/15 USED

MAILING ADDRESS:
CENTRAL CREDIT UNION OF ILLINOIS
1001 MANNHEIM RD
BELLWOOD IL 60104-2319

OWNER(S) NAME AND ADDRESS:
NANCY BRUNNER
[address redacted]

FIRST LIENHOLDER NAME AND ADDRESS:
CENTRAL CREDIT UNION OF ILLINOIS
1001 MANNHEIM RD
BELLWOOD IL 60104-2319

M6390737

**PLAINTIFF'S EXHIBIT B**

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATION

VOID VOID VOID (watermark across document)

*5333B*

*2014 Toyota*

```
HIST ▓▓▓▓▓▓▓-30L   BOUCHARI/NANCY              09/14/21 11:55 AM  BR:0001

 ID  Post   Eff    Tran Ty   S/PR                                    Vouch   Seq   C
     Date   Date   Code pe   Amount   Interest    Fee    Balance    Number  Numb   O
53C 090121              LOCH      .00       .00    .00   4540.71         0 26717
31C 073121              LOCH      .00       .00    .00   4540.71         0 11101
31C 070121              LOCH      .00       .00    .00   4540.71         0   171
 JP 061021 061021  LPMT CR    925.09     75.83    .00   4540.71    488839 14233
52C 060121              LOCH      .00       .00    .00   5465.80         0 18798
31C 050121              LOCH      .00       .00    .00   5465.80         0  7279
31C 040121              LOCH      .00       .00    .00   5465.80         0 26340
31C 040121              LOCH      .00       .00    .00   5465.80         0 26340
 JP 031321 031321  EASY MR    291.46     42.18    .00   5465.80    482819 10981
31C 013121              LOCH      .00       .00    .00   5757.26         0  7828
31C 013121              LOCH      .00       .00    .00   5757.26         0  7828
31C 013121              LOCH      .00       .00    .00   5757.26         0  7828
JGR 012521 012521  EASY MR    317.54     16.10    .00   5757.26    412007 26106
   *More In File - Continue?*
```

```
IST ▓▓▓▓▓▓▓-30L   BOUCHARI/NANCY              09/14/21 11:55 AM  BR:0001

 ID  Post   Eff    Tran Ty   S/PR                                    Vouch   Seq   C
     Date   Date   Code pe   Amount   Interest    Fee    Balance    Number  Numb   O
 AM 010821 010821  EASY MR    312.73     20.91    .00   6074.80    478658 18279
 AM 121820 121820  EASY MR    302.35     31.29    .00   6387.53    477237 30967
 2C 120120              LOCH      .00       .00    .00   6689.88         0 15761
 2C 120120              LOCH      .00       .00    .00   6689.88         0 15761
 HS 111820              LOEX      .00       .00    .00   6689.88         0 17427
 HS 111820 111820  CKCR KR    134.70     36.17    .00   6689.88     26028 17416
 HS 101520              LOEX      .00       .00    .00   6824.58         0 30751
 HS 101520 101520  CKCR KR    248.69      7.72    .00   6824.58     25440 30697
 ZK 100820 100820  EASY MR    308.32     25.32    .00   7073.27    410018  2402
 HS 091620              LOCH      .00       .00    .00   7381.59         0  3204
 HS 091620              LOEX      .00       .00    .00   7381.59         0  3200
 HS 091620 091620  CKCR KR    890.92       .00    .00   7381.59     24946  3197
 HS 091620 091620  CKCR KR    312.23     21.41    .00   8272.51     24946  3197
   *More In File - Continue?*
```

DocuSign Envelope ID: B0DC9836-899C-482B-B6C0-1E937913C277



**CENTRAL CREDIT UNION OF ILLINOIS**
1001 Mannheim Road
Bellwood, Illinois 60104-2391
Phone: 708-649-6420  FAX: 708-649-6429
Website: www.centralcu.org



## Loan and Security Agreements and Disclosure Statement

| LOAN DATE | LOAN NUMBER | ACCOUNT NUMBER | GROUP POLICY NUMBER | MATURITY DATE |
|---|---|---|---|---|
| 8/18/2017 | | | | 8/30/2024 |

| BORROWER 1 | BORROWER 2 |
|---|---|
| NAME AND ADDRESS<br>NANCY BOUCHARI<br>12633 W YORKSHIRE DR<br>HOMER GLEN, IL 60491-6800 | NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)<br>ISMAIL BOUCHARI<br>12633 W YORKSHIRE DR<br>HOMER GLEN, IL 60491-6800 |

### TRUTH IN LENDING DISCLOSURE 'e' means an estimate

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit is $ 0.00 which includes your downpayment of $ 0.00 |
| 6.340 % | $ 8,432.74 | $ 34,622.15 | $ 43,054.89 | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 83 | $512.56 | MONTHLY beginning 9/30/2017 |
| 1 | $512.41 | 8/30/2024 |

**Prepayment:** If you pay off early you will not have to pay a penalty.

**Required Deposit:** The Annual Percentage Rate does not take into account your required deposit, if any.

**Demand:** ☐ This obligation has a demand feature.
☐ All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union. If you get the insurance from us, you will pay $

| Filing Fees | Non-Filing Insurance |
|---|---|
| $ 0.00 | $ |

**Late Charge:** If your payment is more than 10 days late we may charge you $25.

**Security:** Collateral securing other loans with the Credit Union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the Credit Union; and the property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| HONDA | ODYSSEY | 2016 | 5FNRL5H69GB105510 | EX-L, VAN | $ 37,100.00 | |
| | | | | | $ | |
| | | | | | $ | |

**Other (Describe)**
Pledge of Shares $ ___ in Account No. ___  $ ___ in Account No. ___

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

### SIGNATURES

By signing, or otherwise authenticating, as Borrower, you agree to the terms of the Loan Agreement. If property is described in the "Security" section of the Truth in Lending Disclosure, you also agree to the terms of the Security Agreement. If you sign, or otherwise authenticate, as "Owner of Property" you agree only to the terms of the Security Agreement. **NOTICE TO CONSUMER:** 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.

| Borrower 1 Signature | Date |
|---|---|
| X *NANCY BOUCHARI* (DocuSigned by:) | 8/18/2017 (Seal) |
| NANCY BOUCHARI | |

| Borrower 2 Signature | Date |
|---|---|
| X *ISMAIL BOUCHARI* (DocuSigned by:) | 8/18/2017 (Seal) |
| ISMAIL BOUCHARI | |

| Signature | Date |
|---|---|
| X | (Seal) |
| ☐ Other Borrower ☐ Owner of Property ☐ Witness | |

| Signature | Date |
|---|---|
| X | (Seal) |
| ☐ Other Borrower ☐ Owner of Property ☐ Witness | |



PLAINTIFF'S EXHIBIT C

© CUNA Mutual Group 1999, 2000, 01, 02, 06 All Rights Reserved

DocuSign Envelope ID: B0DC9836-899C-482B-B6C0-1E937913C277

Credit Union Central Credit Union of Illinois  Loan No. 31   Acct. No. 705131001
Borrower(s) NANCY BOUCHARI   ISMAIL BOUCHARI

## ITEMIZATION OF THE AMOUNT FINANCED

| Itemization of Amount Financed of $34,622.15 | Amount Given to You Directly $34,622.15 | Amount Paid on Your Account $0.00 | Prepaid Finance Charge $0.00 |
|---|---|---|---|

Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) we will be retaining a portion of the amount.)

| | | | |
|---|---|---|---|
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you" or "your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay $ 34,622.15 to the Credit Union plus interest on the unpaid balance until what you owe has been repaid. For fixed rate loans the interest rate is 6.340 % per year.

**Collection Costs:**

**Illinois:** You promise to pay, subject to applicable law, all costs of collecting what you owe under this Agreement and all costs of realizing on any security for the Plan, including court costs, collection agency fees and reasonable attorney fees. We may enter into a contingent or hourly fee arrangement with an attorney or collection agency and you agree that such an agreement is reasonable. This provision also applies to bankruptcy, appeals or postjudgment proceedings.

**For for all other states excpt those individually detailed on this page:**
You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs and reasonable attorney fees.
**Alabama:** After default and upon referral to an attorney, who is not an employee of the credit union, you agree to pay all costs of collecting the amount you owe under this Agreement including reasonable attorney fees not in excess of 15% of the unpaid debt, if the original amount financed is greater than $300.
**Arkansas:** You agree to pay all costs of collecting the amount you owe under this Agreement, including attorney fees not to exceed 10% of the amount of principal plus interest and all court costs.
**Colorado, Kansas:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs and reasonable attorney fees paid to an individual who is not an employee of the credit union. The attorney fees you pay will not exceed 15% of the unpaid debt after default.
**Connecticut:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not in excess of 15% of any judgment and all court costs.
**District of Columbia, Georgia:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not in excess of 15% of the unpaid debt and all court costs.
**Idaho:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs, and if the amount you borrowed was greater than $1,000, reasonable attorney fees.
**Kentucky:** You promise to pay all cost of collecting the amount you owe under this Agreement, including reasonable attorney fees to the extent permitted by state law.
**Maine:** For loans with an interest rate less than or equal to 12 1/4%: attorney fees - If the credit union hires an attorney to collect the amount you owe under this Agreement, you agree to pay reasonable attorney fees not to exceed 15% of the unpaid debt. Maine: For loans with an interest rate over 12 1/4%: no attorney fees.
**Michigan, Nebraska, North Dakota, Ohio, South Dakota:** You promise to pay all costs of collecting the amount you owe under this Agreement to the extent permitted by state law.
**New Hampshire:** You agree to pay all cost of collecting what you owe under this Agreement and reasonable attorney fees. If you win in any action, suit or proceeding brought by the credit union or in any action you bring against the credit union, you will be awarded reasonable attorney fees. If you successfully assert a partial defense or set-off, recoupment or counterclaim, the court may withhold from the credit union the entire amount or such portion of the attorney fees as the court considers equitable.
**New Jersey:** You agree to pay all costs of collecting the amount you owe under this Agreement, including reasonable attorney fees not exceeding 20% of the principal and interest due and all court costs.
**Oklahoma:** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees not in excess of 15% of the unpaid debt after default and referral to an attorney, not a salaried employee of the credit union, unless you borrowed $1,000 or less at an interest rate greater than 10% per year.
**Oregon:** You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs, reasonable attorney fees and the cost of any appeal by the credit union.
**South Carolina (State Chartered Credit Union):** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees not in excess of 15% of the unpaid debt after default unless you borrowed $1,000 or less at an interest rate greater than 18% per year.
**Wyoming:** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees unless you borrowed $1,000 or less at an interest rate greater than 10% per year.

KRCN31 (NXRC24)-e

## LOAN AGREEMENT (continued)

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments exactly as scheduled, your final payment may be more or less than the amount of the final payment that is disclosed. If you elect voluntary payment protection, we will either include the premium or program fee in your payments or extend the term of your loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments to the place we choose. If this loan refinances another loan we have with you, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner we choose.

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to you, interest on this loan begins on the date the loan proceeds are mailed to you.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans you have with us also secures this loan, unless the property is a dwelling. In addition to your pledge of shares, we may also have what is known as a statutory lien on all individual and joint accounts you have with us. A statutory lien means we have the right under federal law and many state laws to claim an interest in your accounts. We can enforce a statutory lien against your shares and dividends, and if any, interest and deposits, in all individual and joint accounts you have with us to satisfy any outstanding financial obligation that is due and payable to us. We may exercise our right to enforce this lien without further notice to you, to the extent permitted by law.

*For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the Credit Union now and in the future. The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default. The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - The following paragraph applies to borrowers in Colorado, D.C., Massachusetts, Missouri, Nebraska and West Virginia: You will be in default under this Agreement if you do not make a payment of the amount required on or before the date it is due. You will be in default if you break any promise you made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other loan agreement you have with us.

*The following paragraph applies to borrowers in Kansas and Maine and to South Carolina borrowers of state chartered credit unions in South Carolina:* You will be in default if you do not make a payment of the amount required when it is due. You will also be in default if we believe your ability to pay or perform your obligations under this Agreement is significantly impaired. And, you will be in default if the value of any property given as security for this Agreement is significantly reduced.

**6. ACTIONS AFTER DEFAULT** - When you are in default and after expiration of any right you have under applicable state law to cure your default, we can require immediate payment of the entire unpaid balance under this Agreement and enforce any security interest you have given us. If we demand immediate payment, you will continue to pay interest at the rate provided for in this Agreement, until what you owe has been repaid. We will also apply against what you owe any shares and/or deposits given as security under this Agreement. We may also exercise any other rights given by law when you are in default.

**7. EACH PERSON RESPONSIBLE** - Each person who signs, or otherwise authenticates, this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means we can enforce our rights against any one of you individually or against all of you together.

**8. LATE CHARGE** - If you are late in making a payment, you agree to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, you will not be charged one.

**9. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives.

**10. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**11. NOTICES** - Notices will be sent to you at the most recent address you have given us in writing. Notice to any one of you will be notice to all.

**12. USE OF ACCOUNT** - You promise to use your account for consumer (personal, family or household) purposes, unless the Credit Union gives you written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

**13. OTHER PROVISIONS** -

DocuSign Envelope ID: B0DC9836-899C-482B-B6C0-1E937913C277

| | | |
|---|---|---|
| Credit Union Central Credit Union of Illinois | Loan No. | Acct. No. |
| Borrower(s) NANCY BOUCHARI | ISMAIL BOUCHARI | |

## SECURITY AGREEMENT

In this Agreement all references to "Credit Union," "we," "our" or "us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "you" or "your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give us what is known as a security interest in the property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest you give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which you buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money you receive from selling the Property or from insurance you have on the Property. If the value of the Property declines, you promise to give us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. The security interest also secures any other loans including any credit card loan, you have now or receive in the future from us and any other amounts you owe us for any reason now or in the future, except any loan secured by your principal dwelling. If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or your principal dwelling, the Property will secure only this Loan and not other loans or amounts you owe us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that you own the Property or, if this Loan is to buy the Property, you promise you will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that you have not already told us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise you will allow no other security interest or lien to attach to the Property either by your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If your state issues a title for the Property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement to protect our security interest from the claims of others. You irrevocably authorize us to execute (on your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to us. You promise to do whatever else we think is necessary to protect our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, you promise you will: (1) Use the Property carefully and keep it in good repair. (2) Obtain our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform us in writing before changing your address. (4) Allow us to inspect the Property. (5) Promptly notify us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle Property in another state without telling us.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so.

If you cancel your insurance and get a refund, we have a right to the refund. If the Property is lost or damaged, we can use the insurance settlement to repair the Property or apply it towards what you owe. You authorize us to endorse any draft or check which may be payable to you in order for us to collect any refund or benefits due under your insurance policy. If you do not pay the taxes or fees on the Property when due or keep it insured, we may pay these obligations, but we are not required to do so. Any money we spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and you will pay interest on those amounts at the same rate you agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor our loans for the purpose of determining whether you and other borrowers have complied with the insurance requirements of our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to us and (2) the cost of determining compliance with the insurance requirements. If we add amounts for taxes, fees or insurance to the unpaid balance of the Loan, we may increase your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If you do not purchase the required property insurance, the insurance we may purchase and charge you for will cover only our interest in the Property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.

**8. DEFAULT** - You will be in default if you break any promise you make or fail to perform any obligation you have under this Agreement. You will be in default if any property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the property or our security interest in it. You will also be in default under this Agreement if the Loan is in default.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When you are in default and after you have been given any time you have under state law to cure your default, we may require immediate payment of the outstanding balance of the Loan without giving you advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If we ask, you promise to deliver the Property at a time and place we choose. If the Property is a motor vehicle or boat, you agree that we may obtain a key or other device necessary to unlock and operate it, when you are in default. We will not be responsible for any other property not covered by this Agreement that you leave inside the Property or that is attached to the Property. We will try to return that property to you or make it available for you to claim. After we have possession of the Property, we can sell it and apply the money to any amounts you owe us. We will give you notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If you have agreed to pay the Loan, you must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what you owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan, until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives. If we change the terms of the Loan, you agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

☐ *The following notice applies ONLY when the box at left is marked.*

**12. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**13. OTHER PROVISIONS -**

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 5FNRL5H62GB | 2016 | HONDA | ODYSSEY | VAN | 17250694820 |

| DATE ISSUED | | | | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/07/17 | | | | 08/19/17 NEW | ORIGINAL |

**MAILING ADDRESS**

CENTRAL CREDIT UNION OF ILLINOIS
1001 MANNHEIM RD
BELLWOOD IL 60104-2319

**OWNER(S) NAME AND ADDRESS:**

**FIRST LIENHOLDER NAME AND ADDRESS:**
CENTRAL CREDIT UNION OF ILLINOIS
1001 MANNHEIM RD
BELLWOOD IL 60104-2319

**SECOND LIENHOLDER NAME AND ADDRESS:**

Q0402649

JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIO

PLAINTIFF'S EXHIBIT D

**2016 Honda**

```
HIST ██████-31L   BOUCHARI/NANCY              09/14/21 11:55 AM   BR:0001

ID  Post   Eff    Tran Ty   S/PR                              Vouch   Seq   C
    Date   Date   Code pe   Amount   Interest   Fee   Balance Number  Numb  O
;3C 090121        LOCH       .00       .00     .00   21824.66    0   26717
;1C 073121        LOCH       .00       .00     .00   21824.66    0   11101
)1C 070121        LOCH       .00       .00     .00   21824.66    0     171
.JP 061021 061021 LPMT CR  1182.02   355.66    .00   21824.66 488840 14234
;2C 060121        LOCH       .00       .00     .00   23006.68    0   18798
;1C 050121        LOCH       .00       .00     .00   23006.68    0    7279
;1C 040121        LOCH       .00       .00     .00   23006.68    0   26340
;1C 040121        LOCH       .00       .00     .00   23006.68    0   26340
.JP 031321 031321 EASY MR   322.11   190.45    .00   23006.68 482819 10981
;1C 013121        LOCH       .00       .00     .00   23328.79    0    7828
;1C 013121        LOCH       .00       .00     .00   23328.79    0    7828
;1C 013121        LOCH       .00       .00     .00   23328.79    0    7828
GR  012521 012521 EASY MR   442.37    70.19    .00   23328.79 412007 26106
    *More In File - Continue?*
```

```
IST  ██████-31L   BOUCHARI/NANCY              09/14/21 11:55 AM   BR:0001

ID  Post   Eff    Tran Ty   S/PR                              Vouch   Seq   C
    Date   Date   Code pe   Amount   Interest   Fee   Balance Number  Numb  O
AM  010821 010821 EASY MR   424.30    88.26    .00   23771.16 478658 18279
AM  121820 121820 EASY MR   384.47   128.09    .00   24195.46 477237 30967
2C  120120        LOCH       .00       .00     .00   24579.93    0   15761
2C  120120        LOCH       .00       .00     .00   24579.93    0   15761
HS  111820        LOEX       .00       .00     .00   24579.93    0   17437
HS  111820 111820 CKCR KR   142.38   146.00    .00   24579.93 26028  17415
HS  101520        LOEX       .00       .00     .00   24722.31    0   30760
HS  101520 101520 CKCR KR   402.22    30.55    .00   24722.31 25440  30696
ZK  100820 100820 EASY MR   414.96    97.60    .00   25124.53 410018  2402
HS  091620        LOCH       .00       .00     .00   25539.49    0    3214
HS  091620        LOEX       .00       .00     .00   25539.49    0    3210
HS  091620 091620 CKCR KR  1554.21     .00     .00   25539.49 24946   3196
HS  091620 091620 CKCR KR   436.05    76.51    .00   27093.70 24946   3196
    *More In File - Continue?*
```